# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WENDELL W. FAIRMAN, SR.,**

        **Petitioner,**

        v.                                  Case No. 06-C-864

**STATE OF WISCONSIN,**

        **Defendant.**

## ORDER

Petitioner is incarcerated pursuant to a state court judgment and has petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 29, 2006, petitioner filed a motion to bypass this court and have this matter decided by the Seventh Circuit Court of Appeals. There is no provision under federal law or in rules governing this court that would permit a party to bypass the district court. Therefore, the petitioner's motion to bypass this court is **denied**.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this <u>16th</u> day of July, 2007.

                                                      <u>s/AARON E. GOODSTEIN</u>
                                                       U.S. Magistrate Judge